# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER JAMES FLEMING,<br><br>Defendant. | CR 20-03-BLG-SPW<br><br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, in the indictment in the above-captioned case, the United States sought forfeiture, pursuant to 21 U.S.C. § 853, of any real or personal property of the defendant used or intended to be used to facilitate, or as proceeds of said violation;

AND WHEREAS, on October 8, 2020, the defendant entered a plea of guilty to count I of the indictment, which charged him with conspiracy to possess with intent to distribute methamphetamine, and in count II with possession with intent to distribute methamphetamine;

AND WHEREAS, by virtue of said guilty pleas, the United States is entitled to possession of said property, pursuant to 21 U.S.C. §§ 841(a)(1) and 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

1

AND WHEREAS, beginning on September 14, 2021, and ending on October 13, 2021, the United States published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the United States' intent to dispose of the property listed below in accordance with federal law, under 21 U.S.C. § 853(n)(1):

- $200 in United States currency;

- a Glock GMBH, Model 30, 45 caliber pistol (SN: BGBY830) with 2 magazines;

- a Glock GMBH, Model 20, 10 mm pistol (SN: BGCU004) with 3 magazines;

- a Glock GMBH, Model 43 9x19, 9 mm pistol (SN: BKDL709) with 4 magazines;

- a Harrington & Richardson Deluxe Topper Model 198, US Pat. 2876576, 410-gauge shotgun, no visible SN;

- a DPMS Panther Arms, Model A-15, .223-5.56 caliber rifle (SN: FH210271) with attached scope and sling; and

- Assorted ammunition.

And whereas, the Court has been advised that no claims have been made in this case regarding the property and the United States is not aware that any such claims have been made;

ACCORDINGLY, IT IS ORDERED as follows:

1. The United States shall seize the forfeited property described above;

2. The right, title, and interest in the property is condemned, forfeited, and vested in the United States of America for disposition according to applicable law;

3. All forfeited funds shall be deposited forthwith by the United States Marshal into the Department of Justice Asset Forfeiture Fund in accordance with 21 U.S.C. § 853(n)(1); and

4. The Clerk is directed to send copies of this order to all counsel of record and the defendant. The Clerk is further directed to send one certified copy of this order to the United States Marshal.

DATED this 18th day of November, 2021.

_____
SUSAN P. WATTERS
United States District Judge